June 5, 2014



# JUDGMENT

## The Fourteenth Court of Appeals

COLLEGE OF THE MAINLAND, Appellant

NO. 14-13-01047-CV                                    V.

BRUCE GLOVER, Appellee

_____

This cause, an appeal from the trial court's order denying the "Motion for Summary Judgment" filed by appellant, College of the Mainland (the "College"), signed on November 18, 2013 in favor of appellee, Bruce Glover, was heard on the transcript of the record. We have inspected the record and find that the undisputed facts negate the College's alleged waiver of immunity. We therefore order the judgment of the court below **REVERSED** and **RENDER** judgment dismissing with prejudice Bruce Glover's claims against the College.

We further order that all costs incurred by reason of this appeal be paid by appellee, Bruce Glover.

We further order this decision certified below for observance.